———o———

PEOPLE EX REL. WILLIAM FLETCHER v. KALAMAZOO CIRCUIT JUDGE.

*Penalty for not obeying mandamus.*

The fine provided by Comp. L., § 7110, for not obeying a mandamus cannot be imposed for failure merely to make return to an order to show cause.

MOTION for order to show cause. Submitted October 8. Denied October 9.

*William Fletcher* in person and *F. J. Littlejohn* for the motion.

PER CURIAM. The statute (Comp. L., § 7110) allowing a fine for not observing a writ of mandamus only applies when a writ has actually issued and been disobeyed. Failure to make return to an order to show cause does not come within the statute. Where a peremptory writ issues it is *res judicata*. But an order to show cause determines nothing and furnishes no means to measure damages for disobedience, and such disobedience must be punished by the usual remedies and not under the statute.